UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: B-03-045 |
| § | (Claim No.: 58606) |
| BELINDA M. GARCIA, § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Belinda M. Garcia
RR4, Box 218
San Benito, Texas 78586

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Tel: (713) 840-1492
Fax: (713) 840-0038

OF COUNSEL:
ALONSO, CERSONSKY & GARCIA, P.C.

**Attorney for the United States of America**

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on April 3, 2003, to:

Belinda M. Garcia
RR4, Box 218
San Benito, Texas 78586

_____
M. H. Cersonsky