UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § § § |
| vs. | §  C.A. No.: B-03-045 |
| | §  (Claim No. 58606) |
| BELINDA M. GARCIA, | § § |
| Defendant. | § |

### REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Belinda M. Garcia, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on February 24, 2003. Defendant was personally served with a copy of the Citation and Summons on April 24, 2003 by Lone Star Civil Process Server Gabriel Vega, Jr., which executed summons was filed with the Court on May 12, 2003.

2. As of May 27, 2003 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile:  (713) 840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent certified mail return receipt requested and regular mail on May 27, 2003, to:

Belinda M. Garcia
RR 4, Box 218
San Benito, Texas 78586

M. H. Cersonsky