IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. B-03-045 (Claim No 58606) |
| BELINDA M. GARCIA, | § § § | |
| Defendant. | | |

### MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE :

COMES NOW Plaintiff UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conference and Disclosure of Interested Parties on Wednesday, June 4, 2003 at 2:00 P.M. by Order of this Court.

II.

USA's counsel is requesting that the Pretrial Conference be reset to allow the parties to file their Agreed Judgment with the Court, a draft of which is attached as Exhibit "A" hereto.

III.

USA's counsel would request that all matters in Civil Action No. B-03-045, styled *United States of America v. Belinda M. Garcia* be set to a time convenient for the Court.

This Motion is not set out for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, USA prays that this Court grant this Motion for Continuance.

Respectfully submitted,

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038
**Attorneys for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, the undersigned certify that a true and correct copy of the above and foregoing will be delivered by the Constable at time of service of the Summons and Original Complaint and/or by certified mail, return receipt requested, on June 3, 2003, to:

Belinda M. Garcia
31772 FM 2520
San Benito, Texas 78586

_____
M. H. Cersonsky

| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
vs. § CIVIL ACTION: B-03-045
§ (Claim: C-58606)
BELINDA M. GARCIA, §
§
    Defendant. §

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Belinda M. Garcia:

   A. Principal of $2,831.55;
   B. Prejudgment interest of $1,729.86 to May 15, 1997, and daily accrual of 8.00% per diem until the date of judgment;
   C. Administrative Fees $936.48
   D. Attorney's fees of $550.00;

   Post-judgment interest at _____% per annum.

   Garcia will make monthly payments of $60.00, beginning July 25, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2003, at Brownsville, Texas.

                                            _____
                                            Hilda D. Tagle
                                            United States District Judge

Approved and Entry Requested:

By: _____    By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115       Belinda M. Garcia
5065 Westheimer, Suite 600                  31772 FM 2520
Houston, Texas 77056                        San Benito, Texas 78586
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorneys for the United States of America**

Of Counsel:
Alonso, Cersonsky & Garcia, P.C.

**PLAINTIFF'S EXHIBIT A**