IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. B-03-045 |
| | § | (Claim No. 58606) |
| BELINDA M. GARCIA, | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be considered USA's Motion for Continuance and the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for hearing on Wednesday, June 4, 2003 is hereby continued to ___July 7___, 2003, at 2:00 p.m.

SIGNED: ___June 4___, 2003 at Brownsville, Texas.

Felix Recio
United States Magistrate Judge