UNITED STATES OF AMERICA      SOUTHERN DISTRICT

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BELINDA M. GARCIA,<br><br>    Defendant. | §<br>§<br>§<br>§    CIVIL ACTION: B-03-045<br>§    (Claim: C-58606)<br>§<br>§<br>§ |

### Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Belinda M. Garcia:

   A. Principal of $2,831.55;
   B. Prejudgment interest of $1,729.86 to May 15, 1997, and daily accrual of 8.00% per diem until the date of judgment;
   C. Administrative Fees $936.48
   D. Attorney's fees of $550.00;

   Post-judgment interest at __1.07__ % per annum.

   Garcia will make monthly payments of $60.00, beginning July 25, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
       United States Department of Justice
       P. O. Box 198558
       Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: __July 7__, 2003, at Brownsville, Texas.

   _____
   Hilda D. Tagle
   United States District Judge

Approved and Entry Requested:

By: _____    By: _____
M. H. Cersonsky, TBA#04408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115    Belinda M. Garcia
5065 Westheimer, Suite 600    31772 FM 2520
Houston, Texas 77056    San Benito, Texas 78586
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorneys for the United States of America**

Of Counsel:
Alonso, Cersonsky & García, P.C.